VILLAGE OF FREDONIA, Appellant, v. FREDONIA NATURAL GAS LIGHT CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Action by the Village of Fredonia against the Fredonia Natural Gas Light Company and others.

PER CURIAM. Stay granted until the hearing and determination of this appeal, upon con-

dition that appellant file with this court and serve upon respondents' attorney the case and papers on appeal, including brief, on or before January 23, 1915, and, at the option of the respondents, that the case be placed upon the day calendar for argument for January 26, 1915. See, also, 87 Misc. Rep. 592, 149 N. Y. Supp. 964.

LAMBERT, J., not sitting.